1   David P. Matthews
    TX No. 13206200
2   Jason C. Webster
    TX No. 24033318
3   Matthews & Associates
    2905 Sackett St.
4   Houston, TX 77098
    (713) 522-5250
5   (713) 535-7184 facsimile
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )    **Case No. C 06 6688 CRB**
12  IN RE: BEXTRA AND CELEBREX              )
    MARKETING SALES PRACTICES AND           )    **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION            )    **District Judge:  Charles R. Breyer**
                                            )
14  ─────────────────────────────          )
                                            )
15  Judith L. Dobbins, et al.,              )
                                            )    **STIPULATION AND ORDER OF**
16                        Plaintiffs,       )    **DISMISSAL WITH PREJUDICE**
                                            )
17              vs.                         )
                                            )
18  Pfizer Inc., et al.                     )
                          Defendants.       )
19                                          )

20
          Come now the Plaintiffs, JUDITH L. DOBBINS, Individually and on behalf of
21
    MICHAEL L. DOBBINS, deceased, and Defendants, by and through the undersigned attorneys,
22
    pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of
23
    this action **with prejudice** with each side bearing its own attorneys' fees and costs.
24
25            DATED:  11/12 , 2009          MATTHEWS & ASSOCIATES

26                                          By:
27                                              David P. Matthews
                                                Attorneys for Plaintiffs
28

                                      -1-

               **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    DATED: February 4, 2010    DLA PIPER LLP (US)

2
                               By: _____
3                                   Michelle W. Sadowsky
                                    Attorneys for Defendants
4

5

6
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
7    **IT IS SO ORDERED.**

8

9    Dated: April 5, 2010
                               Hon. Charles R. Breyer
10                             United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         -2-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE